UNITED STATES DISTRICT COURT
FOR THE Northern District of Illinois − CM/ECF LIVE, Ver 5.0.3
Eastern Division

Jing−ou Liu

                                              Plaintiff,

v.                                                                     Case No.: 1:11−cv−06002
                                                                                       Honorable Ruben Castillo

Astellas Pharma Global Development, et al.

                                              Defendant.

**NOTIFICATION OF DOCKET ENTRY**

This docket entry was made by the Clerk on Tuesday, February 21, 2012:

      MINUTE entry before Honorable Ruben Castillo:Status hearing held on 2/21/2012. Given this Court's prior consolidation order and granting of the filing of an amended complaint in 11 C 6001, this lawsuit is dismissed without prejudice with full leave to reinstate upon the completion of the consolidated proceedings in 11 C 6001. Mailed notice(rao, )

**ATTENTION:** This notice is being sent pursuant to Rule 77(d) of the Federal Rules of Civil Procedure or Rule 49(c) of the Federal Rules of Criminal Procedure. It was generated by CM/ECF, the automated docketing system used to maintain the civil and criminal dockets of this District. If a minute order or other document is enclosed, please refer to it for additional information.

For scheduled events, motion practices, recent opinions and other information, visit our web site at ***www.ilnd.uscourts.gov***.